IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No: 10-CR-270-D |
| CODY R. COOK, | |
| Defendant. | |

## ORDER DENYING REQUEST FOR STATEMENT OF REASONS

This matter is before the Court on Defendant's request for the Statement of Reasons in his case. The Statement of Reasons is not for public disclosure and the Court will not provide this document.

IT IS ORDERED that Defendant's request for a copy of his Statement of Reasons is DENIED.

Dated this 9 day of May, 2017.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE